## STATE OF INDIANA *v.* BUCZCK.

[No. 23,035.    Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Peter Buczck. From a judgment quashing the indictment, the State appeals. *Affirmed.*

State *v.* Taylor—186 Ind. 695.

*Evan B. Stotsenburg,* Attorney-General, *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

SPENCER, J.—The issues of law presented by this appeal are, in their substance, the same as those which were considered by this court in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423. On the authority of that opinion, the judgment of the trial court herein is affirmed.